IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KELLY MARTIN                                                               PLAINTIFF

v.                          No. 3:20-cv-69-DPM

SHAWN STEPHENS, Independence
County Sheriff, Individually and in his
Official Capacity; JACOB
MCLAUGHLIN, Individually and in his
Official Capacity; JORDAN TURNER,
Individually and in his Official Capacity;
INDEPENDENCE COUNTY,
ARKANSAS; and JOHN DOE                                        DEFENDANTS

ORDER

Defendant Turner has filed an interlocutory appeal on the qualified immunity issue. Case stayed pending the Court of Appeals' mandate.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 March 2022