IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KELLY MARTIN**                                                     **PLAINTIFF**

v.                               No. 3:20-cv-69-DPM

**JORDAN TURNER, Individually and in
his Official Capacity**                                          **DEFENDANT**

## ORDER

The Court has received the Court of Appeals's Judgment and Mandate. *Doc. 36 & 38*. Deputy Turner is entitled to qualified immunity and, therefore, judgment as a matter of law.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2023