IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KELLY MARTIN**                                                                                       **PLAINTIFF**

v.                              No. 3:20-cv-69-DPM

**SHAWN STEPHENS, Independence
County Sheriff, Individually and in his
Official Capacity; JACOB
MCLAUGHLIN, Individually and in his
Official Capacity; JORDAN TURNER,
Individually and in his Official Capacity;
INDEPENDENCE COUNTY,
ARKANSAS; and JOHN DOE**                                                   **DEFENDANTS**

## JUDGMENT

Martin's complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2023